IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

FILED
U.S. DISTRICT COURT
2007 JUL 16  P 2: 12
DISTRICT OF UTAH
BY: _____
DEPUTY CLERK

| UNITED STATES OF AMERICA, | Case: 1:07CV00084-DS |
|---|---|
| Plaintiff, | |
| vs. | ORDER FOR PUBLIC NOTICE OF CIVIL JUDICIAL FORFEITURE WITH FULL PROPERTY DESCRIPTIONS |
| REAL PROPERTY LOCATED AT [REDACTED] FARMINGTON, UTAH, et al., | |
| Defendants. | JUDGE: DAVID SAM |

It is HEREBY ORDERED that, pursuant to Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, the Notice of Civil Judicial Forfeiture with Full Property Descriptions be published in a newspaper of general circulation within the District of Utah as to the Defendant properties:

- REAL PROPERTY LOCATED AT [REDACTED] FARMINGTON, UTAH
- LORCIN .380 SEMI-AUTOMATIC HANDGUN, SERIAL #446420
- 2003 TOYOTA SEQUOIA, VIN 5TDZT38A03S192924
- 1999 MERCEDES BENZ ML320, VIN 4JGAB54E5XA078839
- $9,800.00 IN U.S. CURRENCY
- $1,862.00 IN U.S. CURRENCY
- $272.00 IN U.S. CURRENCY

Dated this 16th day of July, 2007.

BY THE COURT:

*David Sam*

DAVID SAM, Judge
United States District Court